UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:23-cv-02359-MRA-SP | Date | January 26, 2026 |
|---|---|---|---|
| Title | *Dontai Tobin v. Walmart Inc., et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 17, 2025, the Court granted in part Plaintiff's Counsel's Motion to Withdraw as Counsel. ECF 52. That order, effective upon service, relieved Gavril T. Gabriel as counsel of record for Plaintiff Raeann Tobin ("Mrs. Tobin"), in her individual capacity and in her capacity as guardian ad litem for minor plaintiffs R.T.T. and K.B.T. *Id.* at 5. The Order denied Mr. Gabriel's Motion to Withdraw as to Plaintiff D.I.T., who was substituted in as plaintiff as a minor but who has since reached the age of majority. As a result of the Order, Mr. Gabriel continued to represent D.I.T., while Mrs. Tobin proceeded unrepresented.

The Court directed Mrs. Tobin to file a notice within 45 days (*i.e.*, no later than December 1, 2025) informing the Court of whether she intends to proceed with this case as an individual and as a guardian ad litem on behalf of R.T.T. and K.B.T. *Id.* Mrs. Tobin filed a notice on November 21, 2025, informing the Court of her intent to continue prosecuting this action on behalf of herself and her minor children. ECF 57 at 2. The notice indicated that Mrs. Tobin was "actively working to obtain new representation." *Id.*

On December 5, 2025, with no appearances of counsel having been filed on behalf of Mrs. Tobin, R.T.T., or K.B.T., the Court issued an order reminding Mrs. Tobin that a non-attorney guardian for a minor must be represented by counsel pursuant to Central District of California Local Rule 83-2.2.1. ECF 58. The Court cautioned that if a notice of appearance of counsel was not filed on behalf of minors R.T.T. and K.B.T. within thirty (30) days (*i.e.*, no later than January 4, 2026), claims asserted on behalf of R.T.T. and K.B.T. may be dismissed without prejudice. *Id.* at 2. The Court also set a status conference in this matter for January 20, 2026, at 10:00 a.m. by Zoom. *Id.* Prior to the status conference, the Court ordered Mrs. Tobin, Mr. Gabriel (counsel of record for D.I.T.), and counsel of record for Defendant to appear by Zoom. ECF 62.

Neither Mrs. Tobin nor Mr. Gabriel appeared at the January 20, 2026, status conference.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:23-cv-02359-MRA-SP | Date | January 26, 2026 |
|---|---|---|---|
| Title | *Dontai Tobin v. Walmart Inc., et al.* | | |

ECF 63.  Counsel for Defendant appeared and observed that Mr. Gabriel may not have received notice of the order setting status conference because Mr. Gabriel did not enter an official appearance on D.I.T.'s behalf (despite Mr. Gabriel's own representations that he did, in fact, represent D.I.T.).  Counsel for Defendant indicated that Defendant had attempted to contact Mr. Gabriel but had not received a response.

Based on the foregoing, the Court hereby **ORDERS** as follows:

1. No appearance of counsel has been filed on behalf of R.T.T. or K.B.T.  Local Rule 83-2.2.1 requires non-attorney guardians for minor plaintiffs to be represented by counsel.  **Plaintiffs R.T.T. and K.B.T.** are therefore **DISMISSED without prejudice** from this action.

2. **Plaintiff D.I.T.**, through counsel of record Mr. Gabriel, is **ORDERED TO SHOW CAUSE** in writing, within **twenty-one (21) days** of the date of this Order, why D.I.T.'s claims should not be dismissed for lack of prosecution.  Plaintiff D.I.T.'s submission shall not exceed seven (7) pages.

3. **Plaintiff Raeann Tobin**, proceeding *pro se*, is **ORDERED TO SHOW CAUSE** in writing, within **twenty-one (21) days** of the date of this Order, why Mrs. Tobin's claims should not be dismissed for lack of prosecution.  Mrs. Tobin's submission shall not exceed seven (7) pages.

4. **Mr. Gabriel** is **ORDERED TO SHOW CAUSE** in writing, within **fourteen (14) days** of the date of this Order, as to why sanctions should not be imposed for his failure to file a notice of appearance on D.I.T.'s behalf and failure to appear at the January 20, 2026, status conference as counsel of record for an existing party.

5. **Defendant Walmart Inc.** shall **SERVE** this order on Mrs. Tobin and Mr. Gabriel at the contact information appearing on the docket for this matter within **three (3) days** of the date of this Order.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk       mku