UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:23-cv-02359-MRA-SP | Date | May 28, 2026 |
|---|---|---|---|
| Title | *Dontai Tobin v. Walmart Inc., et al.* | | |

| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 17, 2025, the Court granted in part Plaintiff's Counsel's Motion to Withdraw as Counsel.  ECF 52.  That order, effective upon service, relieved Gavril T. Gabriel as counsel of record for Plaintiff Raeann Tobin ("Mrs. Tobin"), in her individual capacity and in her capacity as guardian ad litem for minor plaintiffs R.T.T. and K.B.T.  *Id.* at 5.  The Order denied Mr. Gabriel's Motion to Withdraw as to Plaintiff D.I.T., who was substituted in as plaintiff as a minor but who has since reached the age of majority.  As a result of the Order, Mr. Gabriel continued to represent D.I.T., while Mrs. Tobin proceeded unrepresented.

The Court later dismissed Plaintiffs R.T.T. and K.B.T. from this action without prejudice because no appearance of counsel was filed on their behalf.  ECF 64.  On March 31, 2026, the Court also dismissed Mrs. Tobin without prejudice for lack of prosecution.  ECF 70.  On April 1, 2026, Mr. Gabriel filed a declaration stating that he served the Court's orders (ECF 64 and ECF 70) to D.I.T. by email, mail, and "other means reasonable."  ECF 71.  In a previously filed declaration, Mr. Gabriel indicated that he had attempted to contact D.I.T. through various means but had not received a response.  ECF 69.  To date, however, Mr. Gabriel has not sought to withdraw as D.I.T.'s counsel of record or otherwise explained why he has failed to take any action in this case.

The Court therefore **ORDERS** as follows:

1. Mr. Gabriel is **ORDERED** to show cause, in writing, within seven (7) days, why he has not filed a motion to withdraw as counsel of record for D.I.T., despite his representations stating that he has been unable to successfully communicate with D.I.T. regarding the status of this case.

2. Mr. Gabriel is further **ORDERED** to show cause why he should not be sanctioned for his failure to take any action in this case despite remaining counsel of record for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:23-cv-02359-MRA-SP | Date | May 28, 2026 |
|---|---|---|---|
| Title | *Dontai Tobin v. Walmart Inc., et al.* | | |

D.I.T.

3. Mr. Gabriel shall serve this order on D.I.T. by email, mail, and any means reasonably calculated to give notice, within two (2) days.  Within five (5) days, Mr. Gabriel shall file a declaration explaining in detail what efforts were taken to give D.I.T notice.

**IT IS SO ORDERED.**

_____ : _____

Initials of Deputy Clerk        mku